UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PANAJOTI CONSULTING, LLC,

      Plaintiff,                                        Case No. 23-cv-11789
                                                    Hon. Matthew F. Leitman

v.

NATIONWIDE MEDICAL SUPPLY INC.,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: December 1, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2023, by electronic means and/or ordinary mail.

                                                      s/Holly A. Ryan
                                                      Case Manager
                                                      (313) 234-5126